IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>JOSEPH J. GABLER and SHEILA M. GABLER,<br><br>Debtors. | ) <br>) <br>) <br>) No.: 16 B 36131<br>) <br>) <br>) <br>) <br>) |
| Colleen Lamb-Ferrara, in her capacity as: (i) one of the successor co-trustees of the Matthew J. Lamb Trust dated June 17, 1992 (as amended and restated on December 18, 2008); (ii) one of the successor co-trustees of the Rosemarie Lamb Trust dated June 17, 1992 and any amendments thereto, (iii) co-executor of the Estate of Rosemarie Lamb, deceased and (iv) as President of the Lamb Family Foundation, Inc.; and Rosemarie Lamb, in her capacity as: (i) one of the successors co-trustees of the Matthew J. Lamb Trust dated June 17, 1992 (as amended and restated on December 18, 2008); (ii) one of the of the successor co-trustees of the Rosemarie Lamb Trust dated June 17, 1992 and any amendments thereto; and (iii) co-executor of the Estate of Rosemarie Lamb,<br><br>Plaintiff,<br><br>v.<br><br>SHEILA M. GABLER,<br>Defendant. | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) Adversary No.: 20-00133<br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**DEBTOR'S ANSWERS TO ADVERSARY COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT**

NOW COMES Plaintiff Sheila M. Gabler, ("Sheila") by and through her attorney, J. L. Malevitis, Esq. of Paladin Law, Ltd., and for her Answer to Complaint to Determine Discharge ability of Debt, here states as follows:

1

follows:

1. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 1 and therefore denies same.

2. Denied.

3. Denied.

4. Admit.

5. Sheila recognizes the existence of the statutes cited but denies any violation and/or application to the allegations contained in paragraph 5.

6. Sheila recognizes the existence of the statute cited but denies any violation and/or application to the allegations contained in paragraph 6.

7. Admit.

8. Admit.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Admit.

14. Admit.

15. Denied.

16. Denied.

17. Denied.

18. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 18 and therefore denies same.

19. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 19 and therefore denies same.

20. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 20 and therefore denies same.

21. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 21 and therefore denies same.

22. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 22 and therefore denies same.

23. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 23 and therefore denies same.

24. Denied.

25. Denied.

26. Denied.

27. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 27 and therefore denies same.

28. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 28 and therefore denies same.

29. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 29 and therefore denies same.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 34 and therefore denies same.

35. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 35 and therefore denies same.

36. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 36 and therefore denies same.

37. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 37 and therefore denies same.

38. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 38 and therefore denies same.

39. Denied.

40. Denied.

41. Denied.

42. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 42 and therefore denies same.

43. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 43 and therefore denies same.

44. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 44 and therefore denies same.

45. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 45 and therefore denies same.

46. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 46 and therefore denies same.

47. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 47 and therefore denies same.

48. Denied.

49. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 49 and therefore denies same.

50. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 50 and therefore denies same.

51. Denied.

52. Denied.

53. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 53 and therefore denies same.

54. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 54 and therefore denies same.

55. Denied.

56. Denied.

57. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 57 and therefore denies same.

58. Admit.

59. Admit.

60. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 60 as it seeks legal conclusions, and therefore denies same.

61. Admit.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

67. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 67, and therefore denies same.

68. Denied.

69. Admit that attorneys filed the document as alleged on behalf of Sheila.

70. Denied, a. through f., inclusive.

71. Denied.

72. Denied.

73. Denied.

74. Admit that a Court Order was entered, but denies any violation thereof.

75. Denied.

76. Denied.

77. Admit.

78. Admit.

## COUNT I

79. Defendant repeats her answers set forth in paragraphs 1-75 of this Complaint as if fully restated herein in paragraph 79.

80. Admit the existence of the statute cited, but deny any violation thereof.

81. Denied.

82. Denied.

83. Denied.

84. Denied.

85. Denied.

86. Denied.

87. Denied, a. through f., inclusive.

88. Denied.

89. Denied.

90. Denied.

91. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 91, and therefore denies same.

92. Denied.

93. Denied.

## COUNT II

94. Defendant repeats her answers set forth in paragraphs 1-75 of this Complaint as if fully restated herein in paragraph 94.

95. Sheila recognizes the existence of the statute referred to but denies a violation thereof.

96. Denied.

97. Denied.

98. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 98, and therefore denies same.

99. Denied.

100. Denied.

101. Denied.

102. Denied.

103. Denied.

104. Denied, a. through f., inclusive.

105. Sheila recognizes the existence of a legal duty, but denies a violation thereof.

106. Denied.

107. Denied.

108. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 108, and therefore denies same.

109. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph109, and therefore denies same.

110. Sheila recognizes the existence of a legal duty, but denies a violation thereof.

111. Denied.

112. Denied.

113. Denied.

## COUNT III

114. Defendant repeats her answers set forth in paragraphs 1-75 of this Complaint as if fully restated herein in paragraph 114.

115. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 115, and therefore denies same.

116. Denied.

117. Denied.

118. Denied.

119. Denied.

120. Denied.

121. Denied, a. through f., inclusive.

122. Denied.

123. Denied.

124. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 124, and therefore denies same.

125. Sheila is without sufficient information to form a reasonable belief as to the allegations contained in paragraph 125, and therefore denies same.

126. Denied.

127. Denied.

128. Denied.

129. Denied.

130. Denied.

## COUNT IV

131. Defendant repeats her answers set forth in paragraphs 1-75 of this Complaint as if fully restated herein in paragraph 131.

132. Sheila recognizes the existence of the statute referred to but denies a violation thereof.

133. Denied.

134. Denied.

135. Denied.

136. Denied.

137. Denied.